# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>Defendants. | Case NO. 4:11-cv-05641 SBA (NC)<br><br>**NOTICE OF REFERRAL** |

This matter has been referred to Judge Cousins for discovery purposes. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: April 6, 2012

    NATHANAEL M. COUSINS
United States Magistrate Judge