| | |
|---|---|
| 1 | STEVEN H. ROSENBAUM, Chief |
| 2 | R. TAMAR HAGLER (SBN 189441), Deputy Chief |
|   | BETH PEPPER, Trial Attorney |
| 3 | Housing and Civil Enforcement Section |
|   | Civil Rights Division |
| 4 | United States Department of Justice |
|   | 950 Pennsylvania Ave., N.W |
| 5 | Washington, D.C. 20530 |
| 6 | Phone: (202) 305-0916 |
| 7 | MELINDA HAAG |
|   | United States Attorney |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CV-11-5641 SBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Stipulated Order to Continue the Hearing |
| | ) | Date on the Motions to Dismiss and CMC, |
| CITY OF SANTA ROSA, and | ) | and a Request for a Prompt ADR |
| LA ESPLANADA UNIT 1 OWNERS' | ) | Conference with a Magistrate Judge |
| ASSOCIATION, | ) | Under L.R.7-7 (b)(1), 7-12, 16-2(e), and |
| Defendants. | ) | 16-8(b). |
| _____ | ) | |

Plaintiff, the United States of America, Defendant City of Santa Rosa ("City"), and Defendant La Esplanada Unit 1 Owners' Association ("HOA"), through their counsel, petition the Court to enter the following Stipulated Order to continue the May 1, 2012 hearing date on the Defendants' Motions to Dismiss, the Case Management Conference of the same date, and request that the Court refer the case promptly for an ADR conference before a Magistrate Judge. The parties further request that such assignment be made promptly and that the Case Management Conference and Motions Hearing be re-scheduled for Tuesday, **June 12, 2012**.

Stipulated Order to Continue the May 1, 2012 Hearing Date on the Motions to Dismiss and the CMC, and a Request for a Prompt ADR Conference with a Magistrate Judge Under L.R. 7-7 (b)(1), 7-12, 16-2(e) and 16-8(b)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 18, 2012  /s/   Beth Pepper
Attorney for Plaintiff United States

DATED: April 18, 2012  /s/   Michael Casey
Attorney for Defendant City of Santa Rosa

DATED: April 18, 2012  /s/   Steven Bleasdell
Attorney for Defendant HOA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/24/12

The Honorable Saundra Brown Armstrong
United States District Judge

Stipulated Order to Continue the May 1, 2012 Hearing Date on the Motions to Dismiss and the CMC, and a Request for a Prompt ADR Conference with a Magistrate Judge Under L.R. 7-7 (b)(1), 7-12, 16-2(e) and 16-8(b)

2