STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER (SBN 189441), Deputy Chief
BETH PEPPER, Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W
Washington, D.C. 20530
Phone: (202) 305-0916

MELINDA HAAG
United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF SANTA ROSA, and ) <br> LA ESPLANADA UNIT 1 OWNERS' ) <br> ASSOCIATION, ) <br> Defendants. ) <br> _____ ) | Case No. CV-11-5641 SBA <br><br> Stipulated Order to Continue the Hearing Date on the Motions to Dismiss and CMC, and a Request for a Prompt ADR Conference with a Magistrate Judge Under L.R.7-7 (b)(1), 7-12, 16-2(e), and 16-8(b). |

Plaintiff, the United States of America, Defendant City of Santa Rosa ("City"), and Defendant La Esplanada Unit 1 Owners' Association ("HOA"), through their counsel, petition the Court to enter the following Stipulated Order to continue the May 1, 2012 hearing date on the Defendants' Motions to Dismiss, the Case Management Conference of the same date, and request that the Court refer the case promptly for an ADR conference before a Magistrate Judge. The parties further request that such assignment be made promptly and that the Case Management Conference and Motions Hearing be re-scheduled for Tuesday, **June 12, 2012**.

Stipulated Order to Continue the May 1, 2012 Hearing Date on the Motions to Dismiss and the CMC, and a Request for a Prompt ADR Conference with a Magistrate Judge Under L.R. 7-7 (b)(1), 7-12, 16-2(e) and 16-8(b)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 18, 2012 /s/ Beth Pepper
Attorney for Plaintiff United States

DATED: April 18, 2012 /s/ Michael Casey
Attorney for Defendant City of Santa Rosa

DATED: April 18, 2012 /s/ Steven Bleasdell
Attorney for Defendant HOA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/24/12 *Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge

Stipulated Order to Continue the May 1, 2012 Hearing Date on the Motions to Dismiss and the CMC, and a Request for a Prompt ADR Conference with a Magistrate Judge Under L.R. 7-7 (b)(1), 7-12, 16-2(e) and 16-8(b)

2