UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: C 11-5641 SBA |
|---|---|
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| vs. | |
| CITY OF SANTA ROSA, LA ESPLANADA UNIT 1 OWNERS' ASSOCIATION, | |
| Defendants. | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion is filed within 60 days of the date this order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: 5/31/12

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge