United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-05641-SBA (DMR) |
| Plaintiff(s), | **ORDER RE PARTIES' LETTER OF JUNE 14, 2012 [DOCKET NO. 40.]** |
| v. | |
| CITY OF SANTA ROSA, | |
| Defendant(s). | |

The court is in receipt of the parties' letter of June 14, 2012. [Docket No. 40.] Pursuant to the parties' stipulation, the court ORDERS that the parties file a joint status update with the court by July 16, 2012.

IT IS SO ORDERED.

Dated: June 14, 2012

DONNA M. RYU
United States Magistrate Judge