UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF SANTA ROSA,<br><br>    Defendant(s).<br>_____/ | No. C 11-05641-SBA (DMR)<br><br>**ORDER RE PARTIES' LETTER OF JUNE 14, 2012 [DOCKET NO. 40.]** |

The court is in receipt of the parties' letter of June 14, 2012. [Docket No. 40.] Pursuant to the parties' stipulation, the court ORDERS that the parties file a joint status update with the court by July 16, 2012.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
DONNA M. RYU
United States Magistrate Judge