UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-05641 SBA (DMR) |
| Plaintiff(s), | **ORDER RE SETTLEMENT CONFERENCE AND STATUS UPDATE** |
| v. | |
| CITY OF SANTA ROSA, | |
| Defendant(s). | |

On July 19, 2012, the court conducted a telephonic settlement conference call in which the parties reported that they are finalizing the Consent Order between Plaintiff United States and Defendant City of Santa Rosa. The court ORDERS that those parties file a further joint status update with the court by July 24, 2012.

IT IS SO ORDERED.

Dated: July 19, 2012

DONNA M. RYU
United States Magistrate Judge